**Larry W. CALL, Plaintiff–Appellant,**

v.

**Jim REASON; Doctor Lightsey; John Doe, other unknown defendants at DOC and Medical Review Board, Defendants–Appellees.**

**No. 00–7507.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2001.

Decided March 12, 2001.

U.S.C.A. § 924(a)(2) (West 2000) ("Whoever knowingly violates [§ 922(g) ] shall be ... imprisoned not more than 10 years").

Larry W. Call, pro se.

Before WILLIAMS and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Larry W. Call, a North Carolina inmate, appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp.2000) and denying his Fed.R.Civ.P. 59 motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the dismissal of Call's complaint. *Call v. Reason,* No. CA–00–561–5–BR (E.D.N.C. Aug. 29 & Sept. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*